IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHN STEPHEN RAVAN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHERIFF CULLEN TALTON,** *et al.,*<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:19-cv-00161-TES-TQL** |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

After a *de novo* review of the record in this case, the Court **ADOPTS** the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 151] and **MAKES IT THE ORDER OF THE COURT**. 28 U.S.C. § 636(b)(1)(C). The Court reviewed and considered Plaintiff's Objection [Doc. 157] to the Report and Recommendation and finds that it lacks merit. The Magistrate Judge considered three of Plaintiff's motions, [Doc. 126]; [Doc. 128]; [Doc. 147], that each seek various forms of injunctive relief. [Doc. 151, pp. 2–3]. The Magistrate Judge recommends that each of these claims be dismissed for want of jurisdiction. [*Id*. at p. 3]. Plaintiff objects to the Magistrate Judge's R&R by re-emphasizing his need for the injunctive relief he seeks. [Doc. 157, pp. 1–2].

A court lacks the power to enjoin a party not before it. *See Renfroe & Co. v. Moran*, 338 F. App'x 836, 838 (11th Cir. 2009) ("[I]t is axiomatic that courts may only enjoin parties before the court."). Plaintiff's three motions for injunctive relief, to the best the Court can tell, name 19 people or entities, none of whom are among the 22 parties named as defendants in the present action. Therefore, consistent with the findings of the Magistrate Judge, the Court lacks jurisdiction to grant Plaintiff's requests for injunctive relief against the 19 nonparties. *See Infant Formula Antitrust Litigation, MDL 878 v. Abbott Lab'ys*, 72 F.3d 842, 842-43 (11th Cir. 1995) (holding that the district court lacked jurisdiction to enjoin a nonparty).

Accordingly, the Court **ADOPTS** the United States Magistrate Judge's Report and Recommendation [Doc. 151] and orders that Plaintiff's Motions for injunctive relief, [Doc. 126], [Doc. 128], and [Doc. 147], be **DENIED**.

**SO ORDERED**, this 15th day of September, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**