IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN STEPHEN RAVAN,<br><br>　　Plaintiff,<br><br>v.<br><br>DR. WROBEL; NURSE VAUGHAN; NURSE BROOME; NURSE SPRAGUE; NURSE COX; SOUTHERN CORRECTIONAL MEDICINE,<br><br>　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**5:19-CV-00161-TES-TQL** |

**ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANTS DR. WROBEL, NURSE VAUGHAN, NURSE BROOME, NURSE SPRAGUE AND NURSE COX WITH PREJUDICE**

The matter appearing before this Honorable Court by Plaintiff's Motion to Dismiss All Claims Against Defendants Dr. Wrobel, Nurse Vaughan, Nurse Broome, Nurse Sprague and Nurse Cox with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) having been considered:

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Dr Wrobel, Nurse Vaughan, Nurse Broome, Nurse Sprague and Nurse Cox, being fewer than all Defendants to this lawsuit, are dismissed with prejudice. All other Defendants, allegations, claims, and averments to this lawsuit shall remain as such.

SO ORDERED, this 21 day of September, 2024.

　　　　　　　　　　　　　　　　　　　s/Tilman E. Self, III
　　　　　　　　　　　　　　　　　　TILMAN E. SELF, III, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT