IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN STEPHEN RAVAN,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN CORRECTIONAL MEDICINE,<br><br>        Defendant. | CIVIL FILE ACTION NUMBER:<br><br>5:19-CV-00161-TES-TQL |

**ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT SOUTHERN CORRECTIONAL MEDICINE WITH PREJUDICE**

The matter appearing before this Honorable Court by Plaintiff's Motion to Dismiss All Claims Against Defendant Southern Correctional Medicine with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) having been considered:

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Southern Correctional Medicine are dismissed with prejudice.

SO ORDERED, this 4th day of October, 2024.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT